■ MICHAEL J. GILMARTIN, Respondent, v DOYLE DETECTIVE BUREAU, INC., Appellant. [643 NYS2d 445] —Appeal unanimously dismissed without costs (see, Matter of Laborers Intl. Union v

*Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeal from Order of Supreme Court, Niagara County, Rath, Jr., J.—Damages.) Present—Pine, J. P., Fallon, Doerr, Davis and Boehm, JJ.